# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Malcolm Heags,<br><br>Plaintiff,<br><br>v.<br><br>Department of Veterans Affairs,<br><br>Defendant. | Case No. 21-cv-06212<br><br>Judge Manish Shah |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

        which ☐ includes        pre–judgment interest.
               ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant Department of Veterans Affairs
and against plaintiff Malcolm Heags.

Defendant shall recover costs from plaintiff.

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.


Date:  11/13/2023                                      Thomas G. Bruton, Clerk of Court

                                                        /Susan McClintic , Deputy Clerk